UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

UNITED STATES OF AMERICA,

                        Plaintiff,

    -against-

Sarah J. Pendergraft   Defendant.
-----------------------------------------------------------

Case No.: 25 MJ 776 (KPB)

**ORDER OF DISMISSAL**

    Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Kim P. Berg,
United States Magistrate Judge

Dated:   2nd day of June, 2025
        White Plains, New York